STATE of Missouri, Respondent,

v.

**Belmon CARTER, Appellant.**

**No. WD 39747.**

Missouri Court of Appeals,
Western District.

July 5, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Pub. Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of robbery in the first degree and armed criminal action, and from concurrent sentences of ten and three years, respectively.

Affirmed. Rule 30.25(b).